UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 SEP 13 AM 9:18
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JORGE SANDOVAL<br>AKA: JORGE ANTONIO BENITEZ-SANDOVAL,<br><br>　　　　　　　　Defendant. | CASE NO. 12-cr-03198-LAB<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

　　8:1326(a) and (b) - Attempted Reentry of Removed Alien(1)

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/6/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge